UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 06-349 (AK) |
| | ) |
| BENJAMIN D. FEARS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____
        RITA B. BOSWORTH
        ASSISTANT FEDERAL PUBLIC DEFENDER
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C. 20004
        (202) 208-7500