UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

# RELEASE ORDER
(Work Release or Electronic Monitoring Program)

UNITED STATES OF AMERICA                           Case No. 06-34917-02

vs.

BENJAMIN D. FEARS
Defendant's Name                                     Phone No.

YOU ARE HEREBY RELEASED TO THE THIRD PARTY CUSTODY OF THE DEPARTMENT OF CORRECTIONS FOR PLACEMENT IN THE FOLLOWING PROGRAM:

☐ WORK RELEASE/D.C. JAIL     ☒ WORK RELEASE/HALFWAY HOUSE     ☐ OPERATION PROGRESS
                                                                (Electronic Monitoring)

YOUR RELEASE IS CONDITIONED UPON COMPLYING WITH ALL REGULATIONS AND PROGRAM REQUIREMENTS OF THE WORK RELEASE/ELECTRONIC MONITORING PROGRAM, IN ADDITION TO THE GENERAL TERMS & CONDITIONS LISTED ON THE REVERSE SIDE, AND ANY OF THE FOLLOWING CONDITIONS IMPOSED BY THE COURT:

☐ NO SOCIAL PASSES        ☐ STAY AWAY ORDER: _____

FILED
AUG 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☒ CURFEW IMPOSED: 10:00 PM TO 6:00 AM

☒ OTHER CONDITIONS: Deft. to complete his schooling at Anacostia Senior High School

**YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE**

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

THE D.C. DEPARTMENT OF CORRECTIONS IS DIRECTED TO NOTIFY THE COURT IMMEDIATELY BY FAX OF DEFENDANT'S ESCAPE OR REMAND TO THE D.C. JAIL. THIS NOTIFICATION SHOULD BE FAXED TO THE ATTENTION OF THE CRIMINAL CLERK'S OFFICE (FAX # 535-0320) & WILL BE FORWARDED TO THE APPROPRIATE JUDICIAL OFFICER.

**NEXT DUE BACK**: on _____ in Courtroom ___ at ___ (a.m./p.m.) in the U.S. District Courthouse, 3rd & Constitution Ave., N.W., Washington, D.C., or when notified; and you must appear at all subsequent dates.

YOUR ATTORNEY: RITA BOSWORTH
address: 625 INDIANA AVE, N.W.
WDC 20004
phone no: (202) 208-7500

DEFENDANT'S SIGNATURE: Benjamin Fears

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.

WITNESSED BY: Kimberly Kay       (title or agency) deputy clerk

WHITE     - TO COURT PAPERS
BLUE      - TO D.C. DEPT./CORRECTIONS
GREEN     - TO D.C. PRETRIAL SERVICES
CANARY    - TO DEFENSE ATTORNEY
PINK      - TO U.S. ATTORNEY
GOLDENROD - TO DEFENDANT

SO ORDERED: _____

DATE: 8-8-06                                        (Signature of Judge)